**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**RONALD CONN, on behalf of himself
and those similarly situated,**

    **Plaintiffs,**

**vs.**                                **CASE NO.:  2:09-CV-14284-DLG**

**TOLL BROS., INC., a Pennsylvania
Corporation,**

    **Defendant.                           /**

**NOTICE OF FILING AFFIDAVITS IN SUPPORT OF ITS
MOTION FOR APPROVAL OF SETTLEMENT**

    Plaintiffs, RONALD CONN, on behalf of himself and those similarly situated, by and through undersigned counsel, give notice of filing the attached Affidavits pursuant to Court Order, (Doc. 63) in support of its Motion for Approval of Settlement.

    RESPECTFULLY SUBMITTED, this 5th day of March 2010.

| | |
|---|---|
| **s/ RICHARD CELLER** | **s/ CARLOS LEACH** |
| Richard Celler, Esquire | Carlos Leach, Esquire |
| Florida Bar No.: 0173370 | Florida Bar No.: 0540021 |
| E-mail: rceller@forthepeople.com | E-mail: cleach@forthepeople.com |
| MORGAN & MORGAN, P.A. | MORGAN & MORGAN, P.A. |
| 6824 Griffin Road | 20 North Orange Ave., Ste. 1600 |
| Davie, Florida 33314 | P.O. Box 4979 |
| Telephone:  (954) 318-0268 | Orlando, FL 32802-4979 |
| Facsimile: (954) 333-3515 | Telephone: (407) 420-1414 |
| | Facsimile: (407) 420-5956 |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served to all counsel of record, using the CM/ECF filing system, which I understand will send a notice of electronic filing this 5th day of March 2010.

                                           **s/ RICHARD CELLER**
                                           Richard Celler, Esquire