UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

RONALD CONN, on behalf of himself
and those similarly situated,

        Plaintiff,

vs.                     CASE NO.: 2:09-CV-14284-DLG

TOLL BROS., INC., a Pennsylvania
Corporation,

_____Defendant._____/

## AFFIDAVIT OF RONALD CONN

1. My name is Ronald Conn.

2. I am the named Plaintiff in the above-referenced action.

3. I make this Affidavit based on personal knowledge.

4. Under the terms of the settlement agreement entered into between myself and Toll Bros., Inc., the total settlement is $50,000.

5. My attorneys have negotiated a settlement that will pay the Plaintiffs $20,000.

6. Of that amount, I shall receive $4,000.00.

7. My attorneys have explained the risks associated with this case, including the significance of the statute of limitations in this case.

8. My attorneys have also explained that they shall receive $30,000.00 total ($3,251.25 representing costs and the remaining $26,748.75 in fees). My attorneys have explained that this amount is based on the number of hours expended in litigating this matter.

9.  I confirm that I have consented to the Settlement Agreement and its terms therein.

10. I affirm that the Settlement Agreement is reasonable with respect to my recovery, the recovery of the Opt-In Plaintiffs in this matter and the amount awarded for attorney fees and costs.

_____
Ronald Conn

STATE OF _New York_

COUNTY OF _Otsego_

BEFORE ME, the undersigned authority, on this day, personally Ronald Conn, who first being duly sworn, deposes and says that that he has read the foregoing, knows the contents of the same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me this ___2___ day of March 2010.

_____
Notary Public State of _New York_
Printed Name: _Kim M Terpenning_
Commission No: _01 TE6200258_          (SEAL)
My Commission Expires: _01/26/2013_

KIM M. TERPENNING
Notary Public, State of New York
Otsego County No. 01TE6200258
My Commission Expires 01/26/2013