UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-14284-CIV-GRAHAM/LYNCH

RONALD CONN,

    Plaintiff,

vs.

TOLL BROS. INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion for Approval of Settlement and Incorporated Memorandum of Law [D.E. 57].

**THE COURT** referred the Motion to the Honorable United States Magistrate Judge Frank J. Lynch [D.E. 59]. The Magistrate Judge issued a Report recommending that the Motion be **GRANTED** [D.E. 65]. The parties filed a joint notice indicating they had no objections to the Report [D.E. 66].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 59] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Parties' Joint Motion for Approval

of Settlement and Incorporated Memorandum of Law [D.E. 57] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that the Settlement Agreement is approved and the case is **DISMISSED** with prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of March, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lynch
    Counsel of Record